

08cv939

MDL, TRANSFERRED

## U. S. District Court for the District of North Dakota (Southwestern)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00098-DLH-CSM
### Internal Use Only

Fischer v. Merck & Co., Inc.
Assigned to: Chief Judge Daniel L. Hovland
Referred to: Magistrate Judge Charles S. Miller, Jr
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**

**Diane Fischer**

represented by **Mike J Miller**
SOLBERG STEWART MILLER &
TJON LTD
PO BOX 1897
FARGO, ND 58107-1897
701-237-3166
Fax: 701-237-4627
Email: mmiller@solberglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*CERTIFIED COPY*
I hereby certify that this instrument is a true and
correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota

By _____
Deputy Clerk

V.

**Defendant**

**Merck & Co., Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | 1 | COMPLAINT against Merck & Co., Inc. ( Filing fee $ 350 receipt number BI000561.) filed by Diane Fischer. (Attachments: # 1 Civil Cover Sheet JS 44)(ks) (Entered: 12/13/2007) |
| 12/13/2007 | 2 | Summons Issued as to Merck & Co., Inc. (ks) (Entered: 12/13/2007) |
| 02/01/2008 | 3 | CONDITIONAL TRANSFER ORDER (CTO-45) (certified copy) transferring case to Southern District of New York to be included in MDL Docket No. 1789 (ks) (Entered: 02/01/2008) |
| 02/01/2008 | | Remark. Copy of Complaint and Docket Sheet forwarded to Southern District of New York per MDL Transfer Order CTO-45. (ks) (Entered: 02/01/2008) |