UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Fosamax Products Liability Litigation | MDL No. 1789 |
| *This Document Relates to:*<br>DIANE FISCHER<br>v. MERCK & CO., INC.<br><br>Case No: 1:08-cv-00939-JFK | |

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Mike Miller hereby enters his appearance as counsel of record for Plaintiff in the above referenced cause of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

    **DATED** this 1st day of May, 2008.

                                               Respectfully submitted,

By:     /s/ Mike Miller
           MIKE MILLER (ND #03419)
           1129 Fifth Avenue South
           P.O. Box 1897
           Fargo, ND 58107-1897
           Phone: (701) 237-3166
           Fax: (701) 237-4627
           Email: mmiller@solberglaw.com
           *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1st, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                       SOLBERG STEWART MILLER & TJON

                                       /s/ Mike Miller
                                  MIKE MILLER (ND #03419)
                                  1129 Fifth Avenue South
                                  P.O. Box 1897
                                  Fargo, ND 58107-1897
                                  Phone: (701) 237-3166
                                  Fax: (701) 237-4627
                                  Email: mmiller@solberglaw.com
                                  *Attorneys for Plaintiff*