Mike J. Miller (ND #03419)
SOLBERG STEWART MILLER & TJON
1129 Fifth Avenue South
P.O. Box 1897
Fargo, ND 58107-1897
Phone: (701) 237-3166
Fax: (701) 237-4627
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| DIANE FISCHER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | Case No: 1:07-cv-00098 |

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

KATIE JOHNSON, of the City of Fargo, County of Cass, State of North Dakota, being first duly sworn, deposes and says that on December 21, 2007, she served the attached **SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; AND NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** by placing true and correct copies thereof in envelopes, addressed as follows:

　　　　Merck & Co., Inc.
　　　　c/o CT Corporation System
　　　　314 Thayer Avenue
　　　　P.O. Box 400
　　　　Bismarck, ND 58502-0400
　　　　**Article No: 7000 2870 0000 3337 5957**

and depositing the same, with certified mail postage prepaid, in the United States mail.

　　　　　　　　　　　　　　　　　　　　　　　　　_Katie Johns_
　　　　　　　　　　　　　　　　　　　　　　　　　KATIE JOHNSON

Subscribed and sworn to before me this 21st day of December, 2007.

ANGIE CAMERON
Notary Public
State of North Dakota
My Commission Expires Aug. 20, 2011

　　　　　　　　　　　　　　　　　_Angie Cameron_
　　　　　　　　　　　　　　　　　　　　　　Notary Public

F:\US\MJM\Mass Torts\Fosamax 8539\Clients\Fischer, Diane\Pleadings\Aff of Serv by Cert Mail.doc

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark: FARGO ND PWD STN 58103, DEC 21 2007, USPS

Sent To: CT Corporation System (Foamax)
Street, Apt. No.; or PO Box No.: 314 Thayer Ave. P.O. Box 400
City, State, ZIP+4: Bismarck, ND 58502-0400

PS Form 3800, May 2000   See Reverse for Instructions

7000 2870 0000 3337 5957

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
314 Thayer Avenue
P.O. Box 400
Bismarck, ND 58502

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Belinda Ash
C. Date of Delivery: 12-24-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 2870 0000 3337 5957

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540